EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Marco Rosado Conde | 2012 TSPR 77<br><br>185 DPR \_\_\_\_ |

Número del Caso: TS-7371

Fecha: 20 de abril de 2012

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Reinstalación al ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Marco Rosado Conde                    TS-7371

RESOLUCIÓN

San Juan, Puerto Rico, a 20 de abril de 2012.

Vista la *Moción Informando Pago de Fianza Notarial y Solicitando Reinstalación al Ejercicio de la Notaría*, con lugar. Se reinstala al Lcdo. Marco Rosado Conde al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo